UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEFTALI BLISS, | : | |
| Plaintiff, | : | CIVIL NO. 3:12-CV-2254 |
| v. | : | |
| | : | (Judge Kosik) |
| UNITED STATES, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, THIS 29TH DAY OF SEPTEMBER, 2015, IT APPEARING TO THE COURT THAT:

(1) Plaintiff, Neftali Bliss, an inmate formerly confined at the Federal Correction Complex at Allenwood, Pennsylvania, filed a Complaint in the instant action on November 13, 2012;

(2) An Amended Complaint was filed on February 10, 2015 (Doc. 82);

(3) Motions to Dismiss, or in the Alternative for Summary Judgment (Docs. 84 and 85) were filed on February 24, 2015; and, briefs in support of the Motions and supporting documents were filed on March 20, 2015 (Docs. 88-91);

(4) On May 22, 2015, Plaintiff filed a Motion for Leave to File An Amended Complaint (Doc. 96);

(5) On August 27, 2015, the Magistrate Judge entered a Memorandum and Order directing Plaintiff to prepare and submit his proposed Amended Complaint, along with a Motion to Amend and Brief on or before September 28, 2015 (Doc. 98);

(6) On September 28, 2015, the Magistrate Judge filed a Report and Recommendation (Doc. 100), wherein he recommended that the Defendants' unopposed Motions to Dismiss, or in the Alternative for Summary Judgment (Docs. 84 and 85) be granted and that Plaintiff's Amended Complaint (Doc. 82) be

dismissed without prejudice to consideration of a timely filed Second Amended Complaint;

(7) On the same day, September 28, 2015, Plaintiff filed a Motion for Additional Time to Prepare My Amended Complaint (Doc. 101), seeking twenty-one (21) days, in order to comply with the Magistrate Judge's previous Orders (Docs. 98 and 99);

(8) Because the Magistrate Judge recommends that the Plaintiff's Amended Complaint be dismissed without prejudice to Plaintiff filing a timely Second Amended Complaint and Plaintiff requires an extension of time in which to do so, we will grant Plaintiff's request;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on September 28, 2015 (Doc. 100) is **ADOPTED**;

(2) Defendants' unopposed Motions to Dismiss, or in the Alternative for Summary Judgment (Docs. 84 and 85), are **GRANTED**;

(3) Plaintiff's Amended Complaint (Doc. 82) is **DISMISSED** without prejudice;

(4) Plaintiff's Motion for Additional Time to Prepare his Amended Complaint (Doc. 101) is **GRANTED**; and,

(5) Plaintiff is allowed twenty-one (21) days from the date of this Order in which to file a Second Amended Complaint in compliance with the Magistrate Judge's Order of August 27, 2015 (Doc. 98).

 s/Edwin M. Kosik  
Edwin M. Kosik  
United States District Judge